UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-06-14 |
| | § | |
| NOLAN MUNOZ, *et al*, | § | |
| | § | |
| Defendants. | § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION TO DENY MOTION FOR EXTENSION OF TIME TO FILE A NOTICE OF APPEAL

On October 25, 2010, United States Magistrate Judge B. Janice Ellington signed a Memorandum and Recommendation recommending that defendant's motion for an extension of time to file a notice of appeal (D.E. 77) be denied. Seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court. Accordingly, it is

ORDERED that defendant's motion for an extension of time to file a notice of appeal is denied.

The clerk shall enter this order and provide a copy to all parties.

SIGNED and ORDERED this 22nd day of December, 2010.

_____
Janis Graham Jack
United States District Judge